FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2020

Nos. 04-19-00192-CR & 04-19-00193-CR

John Joe **AVALOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CR-7068 & 2016-CR-10374
Honorable Lori I. Valenzuela, Judge Presiding

## ORDER

Sitting:     Sandee Bryan Marion, Chief Justice[1]
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

A majority of the en banc court has voted to grant appellant's motion for en banc reconsideration. *See* TEX. R. APP. P. 49.7. Accordingly, the panel's judgment will not become final, and the case is resubmitted to the court for en banc review and disposition. *Id.*

It is so **ORDERED** November 17, 2020.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
MICHAEL A. CRUZ,
CLERK OF COURT



---

[1] Chief Justice Marion and Justice Alvarez dissent from this order.